JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GEIERMAN, | CV 20-771 PA (DFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GROCERY DELIVERY E-SERVICES USA, INC., | |
| Defendants. | |

Pursuant to the Court's June 5, 2020 Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 05, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE